1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIRK E. SHERRIFF
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff United States of America
6

7                     IN THE UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,            | CASE NO.: 1:03-MJ-02172
11 |                     Plaintiff,        | MOTION TO DISMISS COMPLAINT AS TO
   |                                       | DEFENDANTS ABEL MANDUJANO ESPINO
12 |              v.                       | AND GUADALUPE ROCHA DE BECERRA; AND
   |                                       | ORDER
13 | ABEL MANDUJANO ESPINO,
   | GUADALUPE ROCHA DE BECERRA,
14 |                     Defendants.

15

16     In the interest of justice, the government moves to dismiss the complaint in this case as to

17 defendants Abel Mandujano Espino and Guadalupe Rocha De Becerra without prejudice, pursuant to

18 Federal Rule of Criminal Procedure 48(a). Abel Mandujano Espino and Guadalupe Rocha De Becerra

19 have not appeared in this case.

20   Dated: Sept. 20, 2021                         PHILLIP A. TALBERT
                                                   Acting United States Attorney
21
                                                   /s/ Kirk E. Sherriff
22                                                 _____
                                                   KIRK E. SHERRIFF
23                                                 Assistant United States Attorney

MOTION TO DISMISS COMPLAINT; [PROPOSED] ORDER    1

# **ORDER**

IT IS ORDERED that the complaint is dismissed without prejudice as to defendants Abel Mandujano Espino and Guadalupe Rocha De Becerra.

IT IS SO ORDERED.

Dated: __September 21, 2021__     /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE